Steven M. Shewry, Esq. (SBN 106333)
steve@shewrysaldanalaw.com
Christopher C. Saldaña, Esq. (SBN 269456)
chris@shewrysaldanalaw.com
**SHEWRY & SALDAÑA, LLP**
402 West Broadway, Suite 950
San Diego, California 92101-8504
Telephone: (619) 233-8824
Facsimile:   (619) 233-1002

Attorneys for Defendant
INTERWEST INSURANCE SERVICES, INC.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HEALTHSMART BENEFIT SOLUTIONS, INC., an Illinois corporation, | CASE NO. 2:16-CV-00144-MCE-AC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE ALL CASE MANAGEMENT DATES AND FOR LEAVE TO FILE THIRD PARTY COMPLAINT** |
| vs. | |
| INTERWEST INSURANCE SERVICES, INC., a Florida corporation, and DOES 1 through 10, | Judge:       Morrison C. England, Jr. |
| Defendants. | Complaint Filed:   January 22, 2016 |

To facilitate a meaningful mediation of this action, which currently is scheduled to occur on February 13, 2017 before Hon. William Cahill (Ret), and in order to save the parties' resources from needless expenditure in the interim, and further, for purposes of judicial economy, Plaintiff HealthSmart Benefit Solutions, Inc. ("HealthSmart") and Defendant InterWest Insurance Services, Inc. ("InterWest") believe that a 90 day continuance of the case management conference ("CMC") dates set forth in the Court's June 22, 2016 Initial Scheduling

1  Order [Dkt #11] is both appropriate and needed.

2      This is the parties' first and only request for a continuance of any dates in

3  this matter, and it is made in good faith, immediately following the parties'

4  assiduous taking of sufficient preliminary discovery so as to properly inform the

5  parties' views as towards settlement.

6      Accordingly, HealthSmart and InterWest, through their attorneys of record,

7  hereby jointly apply to the Court for a 90-day continuance of the CMC dates based

8  upon the following stipulation:

9      1.   The parties have agreed to mediate the dispute on February 13, 2017,

10  before Hon. William Cahill, Ret., at JAMS in San Francisco (a date which has

11  already been reserved with Judge Cahill's assistant), or, should that date become

12  unavailable, at a mutually convenient date in February 2017, or are soon thereafter

13  as possible given the parties' and mediator's availability;

14      2.   The parties consent to and agree that all remaining case management

15  dates ordered by the Court's June 22, 2016 Initial Scheduling Order [Dkt #11] may

16  be extended by 90 days, as requested in InterWest in its Motion to Modify the

17  Court's Initial Scheduling Order [Dkt #16] currently set for hearing on January 12,

18  2017;

19      3.   The parties agree to stay all discovery until and through February 28,

20  2017; and

21      4.   HealthSmart consents to and agrees not to oppose InterWest's motion

22  for leave to file a Third Party Complaint against Brown & Riding Insurance

23  Services, Inc., and Wells Fargo Insurance Services, Inc., that is set for hearing on

24  January 12, 2017.

25

26

27

28                                                 2

DATED: December 23, 2016     MANATT, PHELPS & PHILLIPS, LLP

By: _/s/ Andrew H. Struve_____
Andrew H. Struve, Esq.
Attorneys for Plaintiff

DATED: December 23, 2016     SHEWRY & SALDAÑA, LLP

By: _/s/ Steven M. Shewry_____
Steven M. Shewry, Esq.
 Attorneys for Defendant

ORDER

Pursuant to the parties' stipulation, all case management dates set forth in the Initial Pretrial Scheduling Order (ECF No. 11) are extended by 90 days, as requested by InterWest in its Motion to Modify the Court's Initial Scheduling Order (ECF No. 16), and all discovery is stayed through February 28, 2017.

In light of this stipulation and order, InterWest's Motion to Modify the Court's Scheduling Order is DENIED as moot, and the January 12, 2017 hearing on the matter is hereby vacated.

Further, upon review of InterWest's Motion for Leave to File a Third Party Complaint and Memorandum of Points and Authorities in support thereof, and in light of HealthSmart's consent and non-opposition thereto, InterWest's motion is hereby GRANTED.   Defendant is ordered to file its Third Party Complaint not later than 14 days from the date of this order.

The January 12, 2017 hearing on the matter is also vacated.

IT IS SO ORDERED.

Dated:   January 9, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE