Steven M. Shewry (SBN 106333)
steve@shewrysaldanalaw.com
Christopher C. Saldaña (SBN 269456)
chris@shewrysaldanalaw.com
Carolyn A. Stiffler (SBN 297861)
carolyn@shewrysaldanalaw.com
SHEWRY & SALDAÑA, LLP
402 West Broadway, Suite 950
San Diego, CA 92101
Telephone: (619) 233-8824
Facsimile: (619) 233-1002

Attorneys for Defendant, INTERWEST INSURANCE SERVICES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHSMART BENEFIT SOLUTIONS, INC., an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERWEST INSURANCE SERVICES, INC., a Florida corporation, and DOES 1 through 10,<br><br>Defendants. | Case No. 2:16-CV-00144-MCE-AC<br><br>**STIPULATION AND ORDER TO EXTEND ALL CASE MANAGEMENT DATES**<br><br>Judge: Morrison C. England, Jr.<br>Dept.: Courtroom 7<br><br>Complaint Filed: January 22, 2016<br>Trial Date: None Set |

WHEREAS, on January 10, 2017, INTERWEST INSURANCE SERVICES, INC. filed a Third Party Complaint (Dkt. No. 22) adding WELLS FARGO INSURANCE SERVICES USA, INC. ("WELLS FARGO") and BROWN & RIDING INSURANCE SERVICES, INC. ("BROWN & RIDING") as Third-Party Defendants.

WHEREAS, on March 14, 2017, WELLS FARGO filed a Motion to Dismiss (Dkt. No. 28), which Motion has been fully briefed and taken under submission by this honorable Court.

WHEREAS, on April 27, 2014, BROWN & RIDING filed its Answer to the Third Party Complaint (Dkt. No. 35).

WHEREAS, in order to allow new parties WELLS FARGO and BROWN & RIDING sufficient time to conduct discovery in preparation for trial, the parties believe that a 6-month continuance of the case management conference dates, ordered by this Court on January 10, 2017 (Dkt. No. 21), is both appropriate and necessary.

WHEREAS, this is the parties' second request for a continuance of the case management dates in this matter. This request is made in good faith, to avoid prejudicing parties recently added to the case.

All parties, through their attorneys of record, hereby jointly apply to the Court for a 6-month continuance based upon the following stipulation:

1. The parties consent to and agree that all case management dates ordered by the Court on January 10, 2017 (Dkt. No. 21) may be extended by 180 days, to allow the recently added parties adequate time to prepare their respective cases.

2. The discovery cut-off, set for April 24, 2017, may be continued to October 22, 2017, and all related dates extended accordingly.

IT IS SO STIPULATED.

Case No. 2:16-CV-00144-MCE-AC

2

STIPULATION AND ORDER TO EXTEND ALL CASE MANAGEMENT DATES

| | | |
|---|---|---|
| Dated: May 16, 2017 | | MANATT, PHELPS & PHILLIPS, LLP |

By: *s/ Susan Page White*
*(as authorized on 5/12/2017)*
SUSAN PAGE WHITE
ANDREW H. STRUVE
Attorneys for Plaintiff,
HEALTHSMART BENEFIT SOLUTIONS, INC.

Dated: May 16, 2017         SHEWRY & SALDAÑA, LLP

By: *s/ Steven M. Shewry*
STEVEN M. SHEWRY
CHRISTOPHER C. SALDAÑA
CAROLYN A. STIFFLER
Attorneys for Defendant,
INTERWEST INSURANCE SERVICES, INC.

Dated: May 16, 2017         LOCKE LORD LLP

By: *s/ Cary Economou*
*(as authorized on 5/12/2017)*
CARY ECONOMOU
JASON R. MARLIN
Attorneys for Third Party Defendant,
WELLS FARGO INSURANCE SERVICES USA, INC.

Dated: May 16, 2017         GRAY DUFFY, LLP

By: *s/ Michael Scott Eisenbaum*
*(as authorized on 5/12/2017)*
MICHAEL SCOTT EISENBAUM
Attorneys for Third Party Defendant,
BROWN & RIDING INSURANCE SERVICES, INC.

## ORDER

Pursuant to the parties' stipulation and good cause appearing, the Court orders as follows:

1. The discovery cut-off, set for April 24, 2017, is hereby extended to **October 22, 2017**, and all related dates set forth in the Court's Scheduling Orders (ECF Nos. 11 and 21) are extended accordingly.

2. All case management dates ordered by the Court's order of January 10, 2017 (ECF No. 21) are hereby extended by 180 days.

IT IS SO ORDERED.

Dated: May 16, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Case No. 2:16-CV-00144-MCE-AC
4
STIPULATION AND ORDER TO EXTEND ALL CASE MANAGEMENT DATES

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing pleading has been served via the Court's CM/ECF system on this the 12th day of May, 2017, upon all counsel of record in this case.

By: *s/ Steven M. Shewry*
STEVEN M. SHEWRY