Steven M. Shewry (SBN 106333)
steve@shewrysaldanalaw.com
SHEWRY & SALDAÑA, LLP
402 West Broadway, Suite 950
San Diego, CA 92101
Telephone: (619) 233-8824
Facsimile: (619) 233-1002

Attorneys for Defendant, INTERWEST INSURANCE SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHSMART BENEFIT SOLUTIONS, INC., an Illinois corporation,<br><br>                Plaintiff,<br><br>v.<br><br>INTERWEST INSURANCE SERVICES, INC., a Florida corporation, and DOES 1 through 10,<br><br>                Defendants.<br><br>INTERWEST INSURANCE SERVICES, INC., a Florida corporation,<br><br>                Third-Party Complainant,<br><br>v.<br><br>WELLS FARGO INSURANCE SERVICES USA, INC., a North Carolina corporation; BROWN & RIDING INSURANCE SERVICES, INC., a Florida corporation,<br><br>                Third-Party Defendants. | Case No. 2:16-CV-00144-MCE-AC<br><br>**STIPULATION AND ORDER TO EXTEND ALL CASE MANAGEMENT DATES** |

1

WHEREAS, on January 10, 2017, INTERWEST INSURANCE SERVICES, INC. filed a Third Party Complaint (Dkt. No. 22) adding WELLS FARGO INSURANCE SERVICES USA, INC. ("WELLS FARGO") and BROWN & RIDING INSURANCE SERVICES, INC. ("BROWN & RIDING") as Third-Party Defendants.

WHEREAS, on March 14, 2017, WELLS FARGO filed a Motion to Dismiss (Dkt. No. 28), which Motion has been fully briefed and taken under submission by this honorable Court.

WHEREAS, on April 27, 2017, BROWN & RIDING filed its Answer to the Third Party Complaint (Dkt. No. 35).

WHEREAS, in order to allow all parties sufficient time to conduct discovery in preparation for trial, the parties believe that a 90 day continuance of the case management conference dates, ordered by this Court on May 17, 2017 (Dkt. No. 39), is both appropriate and necessary.

WHEREAS, this is the parties' third request for a continuance of the case management dates in this matter. This request is made in good faith, to avoid prejudicing all parties' reasonable and good faith attempts to complete discovery, including percipient witness depositions in California, Louisiana, Minnesota, and Texas.

All parties, through their attorneys of record, hereby jointly apply to the Court for a 90 day continuance based upon the following stipulation:

1. The parties consent to and agree that all case management dates ordered by the Court on May 17, 2017 (Dkt. No. 39) may be extended by 90 days.

2. The discovery cut-off, set for October 22, 2017, may be continued to January 20, 2018, and all related dates extended accordingly.

/./././
/./././
/./././

/././

3.    If the Court does not grant this continuance, the depositions of percipient witnesses may be taken on dates convenient for all parties and witnesses, even if the date is past the discovery cut-off date ordered by the Court.

IT IS SO STIPULATED.

Dated: October 2, 2017  GORDON REES SCULLY MANSUKHANI, LLP

By: *s/ Ryan Fellman*
*(as authorized on 10/2/2017)*
B. RYAN FELLMAN, ESQ.

Attorneys for Plaintiff,
HEALTHSMARTBENEFIT SOLUTIONS, INC.

Dated: October 2, 2017  SHEWRY & SALDAÑA, LLP

By:   *s/ Steven M. Shewry*
STEVEN M. SHEWRY
CHRISTOPHER C. SALDAÑA
CAROLYN A. STIFFLER
Attorneys for Defendant,
INTERWEST INSURANCE SERVICES, INC.

Dated: October 2, 2017  LOCKE LORD LLP

By: *s/ Cary Economou*
*(as authorized on 10/2/2017)*
CARY ECONOMOU
JASON R. MARLIN

Attorneys for Third Party Defendant,
WELLS FARGO INSURANCE
SERVICES USA, INC.

Dated: October 2, 2017          GRAY DUFFY, LLP

By: *s/ Michael Scott Eisenbaum*
    *(as authorized on 10/2/17)*
    MICHAEL SCOTT EISENBAUM

Attorneys for Third Party Defendant,
BROWN & RIDING INSURANCE SERVICES, INC.

## **ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the Court orders as follows:

1. The discovery cut-off, set for October 22, 2017, is hereby extended to **January 20, 2018**, and all related case management dates are extended accordingly.

IT IS SO ORDERED.

Dated: October 5, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing pleading has been served via the Court's CM/ECF system on this the 2nd day of October, 2017, upon all counsel of record in this case.

By: *s/ Steven M. Shewry*
STEVEN M. SHEWRY