Steven M. Shewry (SBN 106333)
steve@shewrysaldanalaw.com
SHEWRY & SALDAÑA, LLP
402 West Broadway, Suite 950
San Diego, CA 92101
Telephone: (619) 233-8824
Facsimile: (619) 233-1002

Attorneys for Defendant, INTERWEST INSURANCE SERVICES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHSMART BENEFIT SOLUTIONS, INC., an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERWEST INSURANCE SERVICES, INC., a Florida corporation, and DOES 1 through 10,<br><br>Defendants.<br><br>INTERWEST INSURANCE SERVICES, INC., a Florida corporation,<br><br>Third-Party Complainant,<br><br>v.<br><br>WELLS FARGO INSURANCE SERVICES USA, INC., a North Carolina corporation; BROWN & RIDING INSURANCE SERVICES, INC., a Florida corporation,<br><br>Third-Party Defendants. | Case No. 2:16-CV-00144-MCE-AC<br><br>**STIPULATION AND ORDER TO EXTEND ALL CASE MANAGEMENT DATES** |

WHEREAS, on January 10, 2017, INTERWEST INSURANCE SERVICES, INC. filed a Third Party Complaint (Dkt. No. 22) adding WELLS FARGO INSURANCE SERVICES USA, INC. ("WELLS FARGO") and BROWN & RIDING INSURANCE SERVICES, INC. ("BROWN & RIDING") as Third-Party Defendants.

WHEREAS, on March 14, 2017, WELLS FARGO filed a Motion to Dismiss (Dkt. No. 28), which Motion has been fully briefed and taken under submission by this honorable Court.

WHEREAS, on April 27, 2017, BROWN & RIDING filed its Answer to the Third Party Complaint (Dkt. No. 35).

WHEREAS, in order to allow all parties sufficient time to conduct discovery in preparation for trial, the parties believe that a 90 day continuance of the case management conference dates, ordered by this Court on October 6, 2017 (Dkt. No. 51), is both appropriate and necessary.

WHEREAS, this is the parties' fourth request for a continuance of the case management dates in this matter. This request is made in good faith, to avoid prejudicing all parties' reasonable and good faith attempts to complete necessary discovery over the holidays, including percipient witness depositions in California, Louisiana, Minnesota, and Texas.

All parties, through their attorneys of record, hereby jointly apply to the Court for a 90 day continuance based upon the following stipulation:

1. The parties consent to and agree that all case management dates ordered by the Court on October 6, 2017 (Dkt. No. 51) may be extended by 90 days.

2. The discovery cut-off, set for January 20, 2018, may be continued to April 20, 2018, and all related dates extended accordingly.

/././

/././

/././

/././

3. If the Court does not grant this continuance, the depositions of percipient witnesses may be taken on dates convenient for all parties and witnesses, even if the date is past the discovery cut-off date ordered by the Court.

IT IS SO STIPULATED.

Dated: December 29, 2017  GORDON REES SCULLY MANSUKHANI, LLP

By: *s/ Bob Bragalone*
*(as authorized on 12/29/17)*
BOB BRAGALONE, ESQ.

Attorneys for Plaintiff,
HEALTHSMARTBENEFIT SOLUTIONS, INC.

Dated: December 29, 2017  SHEWRY & SALDAÑA, LLP

By: *s/ Steven M. Shewry*
STEVEN M. SHEWRY
CHRISTOPHER C. SALDAÑA
CAROLYN A. STIFFLER
Attorneys for Defendant,
INTERWEST INSURANCE SERVICES, INC.

Dated: December 29, 2017  LOCKE LORD LLP

By: *s/ Cary Economou*
*(as authorized on 12/14/17)*
CARY ECONOMOU
JASON R. MARLIN

|   |   | Attorneys for Third Party Defendant, WELLS FARGO INSURANCE SERVICES USA, INC. |
|---|---|---|
| Dated: December 29, 2017 | | GRAY DUFFY, LLP |
| | By: | *s/ Michael Scott Eisenbaum*<br>*(as authorized on 12/7/17)*<br>MICHAEL SCOTT EISENBAUM |
| | | Attorneys for Third Party Defendant, BROWN & RIDING INSURANCE SERVICES, INC. |

## **ORDER**

Pursuant to the stipulation of the parties and finding good cause therefor, the Court orders as follows:

The discovery cut-off, set for January 20, 2018, is hereby extended to and including April 20, 2018, and all related case management dates are extended accordingly.

IT IS SO ORDERED.

Dated: January 3, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the foregoing pleading has been served via the Court's CM/ECF system on this the 29th day of December, 2017, upon all counsel of record in this case.

By: _s/ Steven M. Shewry_
STEVEN M. SHEWRY