1  Jason R. Marlin (Pro Hac Vice)
   jmarlin@lockelord.com
2  LOCKE LORD LLP
   2200 Ross Avenue, Suite 2800
3  Dallas, Texas 75201
   Telephone:   214-740-8540
4  Facsimile:   214-740-8800

5  Cary Joy Economou (CA SBN 211438)
   ceconomou@lockelord.com
6  LOCKE LORD LLP
   300 South Grand Avenue, Suite 2600
7  Los Angeles, CA 90071
   Telephone: 213-485-1500
8  Facsimile:  213-485-1200

9  Attorneys for Third-Party Defendant
   Wells Fargo Insurance Services USA, Inc.

10

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHSMART BENEFIT SOLUTIONS, INC., an Illinois corporation,<br><br>　　　　　　　Plaintiff,<br>　vs.<br>INTERWEST INSURANCE SERVICES, INC., a Florida corporation, and DOES 1 through 10,<br>　　　　　　　Defendants.<br>INTERWEST INSURANCE SERVICES, INC., a Florida corporation,<br><br>　　　　　　　Third-Party Complainant<br>　vs.<br>WELLS FARGO INSURANCE SERVICES USA, INC., a North Carolina corporation; BROWN & RIDING INSURANCE SERVICES, INC., a Florida corporation,<br><br>　　　　　　　Third-Party Defendants. | Case No.: 2:16-cv-00144-MCE-AC<br><br>The Honorable Morrison C. England, Jr.<br><br>**ORDER GRANTING WELLS FARGO'S REQUEST TO SEAL** |

Having reviewed Third Party Defendant Wells Fargo Insurance Services USA, Inc.'s Notice of Request to Seal Documents, Request to Seal Documents, and the proposed sealed documents, and good cause appearing therefore, the Request to Seal Documents is hereby GRANTED. The following documents shall be sealed until further order from this Court:

- Wells Fargo's Motion to Dismiss; and
- Exhibit Nos. 1 and 2 of Wells Fargo's Appendix of Exhibits.

IT IS SO ORDERED.

Dated: February 8, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE