Jason R. Marlin (Pro Hac Vice)
jmarlin@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: 214-740-8540
Facsimile: 214-740-8800

Cary Joy Economou (CA SBN 211438)
ceconomou@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: 213-485-1500
Facsimile: 213-485-1200

Attorneys for Third-Party Defendant
Wells Fargo Insurance Services USA, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHSMART BENEFIT SOLUTIONS, INC., an Illinois corporation,<br><br>　　　　　　Plaintiff,<br>　vs.<br>INTERWEST INSURANCE SERVICES, INC., a Florida corporation, and DOES 1 through 10,<br><br>　　　　　　Defendants.<br>INTERWEST INSURANCE SERVICES, INC., a Florida corporation,<br><br>　　　　　　Third-Party Complainant<br>　vs.<br>WELLS FARGO INSURANCE SERVICES USA, INC., a North Carolina corporation; BROWN & RIDING INSURANCE SERVICES, INC., a Florida corporation,<br><br>　　　　　　Third-Party Defendants. | Case No.: 2:16-cv-00144-MCE-AC<br><br>The Honorable Morrison C. England, Jr.<br><br>**ORDER GRANTING WELLS FARGO'S REQUEST TO SEAL** |

Having reviewed Third Party Defendant Wells Fargo Insurance Services USA, Inc.'s Notice of Request to Seal Documents, Request to Seal Documents and the proposed sealed document, and GOOD CAUSE appearing therefore, the Request to Seal Documents is hereby GRANTED. The following requested document SHALL BE SEALED for the duration of the litigation and shall not be unsealed without a subsequent order from this Court:

- Wells Fargo's Reply In Support of Its Motion to Dismiss.

IT IS SO ORDERED.

Dated: March 17, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071