ELIZABETH A. O'BRIEN (SBN: 131964)
GORDON REES SCULLY MANSUKHANI, LLP
655 University Ave., Suite 200
Sacramento, California 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402
eobrien@grsm.com

ROBERT A. BRAGALONE (TEXAS SBN: 02855850)
*LEAD COUNSEL - PRO HAC VICE PENDING*
B. RYAN FELLMAN (TEXAS SBN: 24072544)
*ADMITTED PRO HAC VICE*
2100 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 231-4736
Facsimile: (214) 461-4053
bbragalone@grsm.com
rfellman@grsm.com

Attorneys for Plaintiff
HEALTHSMART BENEFIT SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHSMART BENEFIT SOLUTIONS, INC., an Illinois corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERWEST INSURANCE SERVICES, INC., a Florida corporation, and DOES 1 through 10,<br><br>Defendants. | CASE NO. 2:16-cv-00144-MCE-AC<br><br>The Honorable Morrison C. England, Jr.<br><br>**ORDER GRANTING HEALTHSMART BENEFIT SOLUTIONS, INC.'S REQUEST TO SEAL** |
| INTERWEST INSURANCE SERVICES, INC., a Florida corporation,<br><br>Third-Party Complainant,<br><br>vs.<br><br>WELLS FARGO INSURANCE SERVICES USA, INC., a North California corporation; BROWN & RIDING INSURANCE SERVICES, INC., a Florida corporation,<br><br>Third-Party Defendants. | |

Having reviewed Plaintiff HealthSmart Benefit Solutions, Inc.'s Notice of Request to Seal Documents, Request to Seal Documents and the proposed sealed documents, and GOOD CAUSE appearing therefore, the Request to Seal Documents is hereby GRANTED. The following requested documents SHALL BE SEALED for the duration of the litigation and shall not be unsealed without a subsequent order from this Court:

- Plaintiff's Responsive Brief in Opposition to Wells Fargo's Motion to Dismiss for Lack of Subject Matter Jurisdiction; and
- The Affidavit of B. Ryan Fellman in Support of HealthSmart's Responsive Brief in Opposition to Wells Fargo's Motion to Dismiss for Lack of Subject Matter Jurisdiction together with Exhibit A.

IT IS SO ORDERED.

Dated: March 17, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE