Steven M. Shewry (SBN 106333)
steve@shewrysaldanalaw.com
SHEWRY & SALDAÑA, LLP
402 West Broadway, Suite 950
San Diego, CA 92101
Telephone: (619) 233-8824
Facsimile: (619) 233-1002

Attorneys for Defendant, INTERWEST INSURANCE SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHSMART BENEFIT SOLUTIONS, INC., an Illinois corporation,<br><br>    Plaintiff,<br><br>v.<br><br>INTERWEST INSURANCE SERVICES, INC., a Florida corporation, and DOES 1 through 10,<br><br>    Defendants. | Case No. 2:16-CV-00144-MCE-AC<br><br>**STIPULATION AND ORDER TO EXTEND ALL CASE MANAGEMENT DATES** |
| INTERWEST INSURANCE SERVICES, INC., a Florida corporation,<br><br>    Third-Party Complainant,<br><br>v.<br><br>WELLS FARGO INSURANCE SERVICES USA, INC., a North Carolina corporation; BROWN & RIDING INSURANCE SERVICES, INC., a Florida corporation,<br><br>    Third-Party Defendants. | |

1

1 | WHEREAS, on January 10, 2017, INTERWEST INSURANCE SERVICES, INC. ("INTERWEST") filed a Third Party Complaint (Dkt. No. 22) adding WELLS FARGO INSURANCE SERVICES USA, INC. ("WELLS FARGO") and BROWN & RIDING INSURANCE SERVICES, INC. ("BROWN & RIDING") as Third-Party Defendants.

WHEREAS, on March 14, 2017, WELLS FARGO filed a Motion to Dismiss INTERWEST's Third Party Complaint (Dkt. No. 28), which Motion has been fully briefed and taken under submission by this honorable Court.

WHEREAS, on April 27, 2017, BROWN & RIDING filed its Answer to the Third Party Complaint (Dkt. No. 35).

WHEREAS, on February 12, 2018, WELLS FARGO filed a Motion to Dismiss HEALTHSMART's Complaint and INTERWEST's Third Party Complaint (Dkt. No. 57).

WHEREAS, in order to allow all parties sufficient time to conduct discovery in preparation for trial, the parties believe that a 90 day continuance of the case management conference dates, ordered by this Court on January 3, 2018 (Dkt. No. 53), is both appropriate and necessary.

WHEREAS, this is the parties' fifth request for a continuance of the case management dates in this matter. This request is made in good faith, to avoid prejudicing all parties' reasonable and good faith attempts to complete necessary discovery, including percipient witness depositions in various states.

All parties, through their attorneys of record, hereby jointly apply to the Court for a 90 day continuance based upon the following stipulation:

1. The parties consent to and agree that all case management dates ordered by the Court on January 3, 2018 (Dkt. No. 53) may be extended by 90 days.

2. The discovery cut-off, currently set for April 20, 2018, may be continued to July 19, 2018, and all related dates extended accordingly.

/././

3. If the Court does not grant this continuance, the depositions of percipient witnesses may be taken on dates convenient for all parties and witnesses, even if the date is past the discovery cut-off date ordered by the Court.

IT IS SO STIPULATED.

Dated: March 21, 2018

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ *Bob Bragalone*
BOB BRAGALONE, ESQ.

Attorneys for Plaintiff,
HEALTHSMARTBENEFIT SOLUTIONS, INC.

Dated: March 21, 2018

SHEWRY & SALDAÑA, LLP

By: /s/ *Steven M. Shewry*
STEVEN M. SHEWRY
CHRISTOPHER C. SALDAÑA
CAROLYN A. STIFFLER

Attorneys for Defendant,
INTERWEST INSURANCE SERVICES, INC.

Dated: March 21, 2018

LOCKE LORD LLP

By: /s/ *Cary Economou*
CARY ECONOMOU
JASON R. MARLIN

Attorneys for Third Party Defendant,
WELLS FARGO INSURANCE SERVICES USA. INC.

Dated: March 21, 2018                        GRAY DUFFY, LLP

By: /s/ *Michael Scott Eisenbaum*
MICHAEL SCOTT EISENBAUM

Attorneys for Third Party Defendant, BROWN & RIDING INSURANCE SERVICES, INC.

## **ORDER**

Pursuant to the stipulation of the parties and finding good cause, the Court orders as follows:

1. The discovery cut-off, set for April 20, 2018 is hereby extended to July 19, 2018, and all related case management dates are extended accordingly.

IT IS SO ORDERED.

Dated: March 21, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE