Steven M. Shewry (SBN 106333)
steve@shewrysaldanalaw.com
SHEWRY & SALDAÑA, LLP
402 West Broadway, Suite 950
San Diego, CA 92101
Telephone: (619) 233-8824
Facsimile: (619) 233-1002

Attorneys for Defendant, INTERWEST
INSURANCE SERVICES, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHSMART BENEFIT SOLUTIONS, INC., an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERWEST INSURANCE SERVICES, INC., a Florida corporation, and DOES 1 through 10,<br><br>Defendants. | Case No. 2:16-CV-00144-MCE-AC<br><br>**ORDER GRANTING DEFENDANT INTERWEST INSURANCE SERVICES' REQUEST TO SEAL DOCUMENTS (U.S.D.C E.D. LOCAL RULE 141)**<br><br>Date:<br>Time:<br>Judge: Morrison C. England, Jr.<br>Dept.: Courtroom 7<br><br>Complaint Filed: January 22, 2016<br>Trial Date: None Set |

After review and consideration of Defendant INTERWEST INSURANCE SERVICES, INC.'s ("InterWest") Request to Seal Documents as well as the proposed sealed documents, and upon a showing of good cause, it is hereby order that the Request to Seal is GRANTED and the following documents shall be filed under seal: (1) InterWest's Memorandum of Points and Authorities in Support of Motion for Summary

Judgment; (2) InterWest's Separate Statement of Undisputed Material Facts in Support of Motion for Summary Judgment; (3) Declaration of Steven M. Shewry in Support of Defendant InterWest Insurance Services' Motion for Summary Judgment; and (4) InterWest's Evidence in Support of Motion for Summary Judgment and the exhibits thereto, which include (a) the Complaint filed by Plaintiff herein on or about January 22, 2016, (b) Declaration of Steven M. Shewry in Support of InterWest's Motion for Summary Judgment, (c) InterWest's Requests for Admission to HealthSmart, Set Two, with Settlement Agreement attached thereto; and (d) HealthSmart's Response to InterWest's Requests for Admissions, Set Two.

The aforementioned documents shall be SEALED unless and until a subsequent order issues from this Court.

IT IS SO ORDERED.

Dated: April 2, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT INTERWEST
INSURANCE SERVICES' REQUEST TO SEAL DOCUMENTS