| | |
|---|---|
| 1 | ELIZABETH A. O'BRIEN  (SBN: 131964) |
| | GORDON REES SCULLY MANSUKHANI, LLP |
| 2 | 3 Parkcenter Drive, Suite 200 |
| | Sacramento, California  95825 |
| 3 | Telephone:  (916) 565-2900 |
| | Facsimile:  (916) 920-4402 |
| 4 | Email: eobrien@grsm.com |
| 5 | ROBERT A. BRAGALONE  (TEXAS SBN:  02855850) |
| | *ADMITTED PRO HAC VICE* |
| 6 | B. RYAN FELLMAN  (TEXAS SBN:  24072544) |
| | *ADMITTED PRO HAC VICE* |
| 7 | 2200 Ross Avenue, Suite 4100 West |
| | Dallas, TX  75201-2708 |
| 8 | Telephone:  (214) 231-4736 |
| | Facsimile:  (214) 461-4053 |
| 9 | Email: bbragalone@grsm.com |
| | Email: rfellman@grsm.com |

Attorneys for Plaintiff
HEALTHMART BENEFIT SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHSMART BENEFIT SOLUTIONS, INC. an Illinois corporation<br><br>Plaintiff,<br><br>vs.<br><br>INTERWEST INSURANCE SERVICES, INC., a Florida corporation, and DOES 1 through 10,<br><br>Defendants. | CASE NO.  2:16-cv-00144-MCE-AC<br><br>**Order Granting HEALTHSMART BENEFIT SOLUTIONS, REQUEST TO SEAL**<br><br>Complaint Filed: January 22, 2016<br>Trial Date:     None Set<br><br>Date: May 3, 2018<br>Time: 2:00 p.m.<br>Dept: Courtroom 7<br>Judge: Morrison C. England, Jr |
| INTERWEST INSURANCE SERVICES, INC., a Florida corporation,<br><br>Third-Party Complainant,<br><br>vs.<br><br>WELLS FARGO INSURANCE SERVICES USA, INC., a North Carolina corporation; BROWN & RIDING INSURANCE SERVICES, INC., a Florida corporation,<br><br>Third-Party Defendants | |

-1-

Order Granting Healthsmart Benefit Solutions, Inc.'s Request to Seal
Case No. 2:16-cv-00144-MCE-AC

Having reviewed Plaintiff HealthSmart Benefit Solutions, Inc.'s Notice of Request to Seal Documents, Request to Seal Documents and the proposed sealed documents, and GOOD CAUSE appearing therefore, the Request to Seal Documents is hereby GRANTED. The following documents SHALL BE SEALED for the duration of the litigation or for two (2) years from the date of electronic filing of this order, whichever occurs first:

1) HealthSmart 's Responsive Brief in Opposition to Interwest's Motion for Summary Judgment;

2) HealthSmart's Response to Interwest's Separate Statement of Undisputed Material Facts in Support of Its "Motion For Summary Judgment"; and

3) Affidavit of B. Ryan Fellman in Support of HealthSmart's Responsive Brief in Opposition to Interwest's Motion for Summary Judgment together with Exhibits A – E.

Should either party wish to extend the sealing of these documents, such a written request must be filed with the Court no sooner than one hundred eighty (180) days nor later than thirty (30) days prior to the expiration of this Order.

IT IS SO ORDERED.

Dated: April 25, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE