Steven M. Shewry (SBN 106333)
steve@shewrysaldanalaw.com
SHEWRY & SALDAÑA, LLP
402 West Broadway, Suite 950
San Diego, CA 92101
Telephone:  (619) 233-8824
Facsimile:  (619) 233-1002

Attorneys for Defendant, INTERWEST INSURANCE SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHSMART BENEFIT SOLUTIONS, INC., an Illinois corporation,<br><br>    Plaintiff,<br><br>v.<br><br>INTERWEST INSURANCE SERVICES, INC., a Florida corporation, and DOES 1 through 10,<br><br>    Defendants. | Case No. 2:16-CV-00144-MCE-AC<br><br>**ORDER GRANTING DEFENDANT INTERWEST INSURANCE SERVICES' REQUEST TO SEAL DOCUMENTS (U.S.D.C E.D. LOCAL RULE 141)**<br><br>Judge: Morrison C. England, Jr.<br>Dept.: Courtroom 7<br><br>Complaint Filed: January 22, 2016<br>Trial Date: None Set |
| INTERWEST INSURANCE SERVICES, INC., a Florida corporation,<br><br>    Third-Party Complainant,<br><br>v.<br><br>WELLS FARGO INSURANCE SERVICES USA, INC., a North Carolina corporation; BROWN & RIDING INSURANCE SERVICES, INC., a Florida corporation,<br><br>    Third-Party Defendants. | |

After review and consideration of Defendant INTERWEST INSURANCE SERVICES, INC.'s ("InterWest") Request to Seal Documents as well as the proposed sealed documents, and upon a showing of good cause, it is hereby ordered as follows. The Request to Seal is GRANTED and the following documents shall be sealed for the duration of this litigation or for two (2) years from the date of electronic filing of this order, whichever occurs first:

(1) Defendant InterWest Insurance Services' Reply to Opposition to Motion for Summary Judgment;

(2) Defendant InterWest Insurance Services' Reply Separate Statement of Undisputed Material Facts in Support of Motion for Summary Judgment; and

(3) Defendant InterWest Insurance Services, Inc.'s Objections to Evidence Submitted in Support of Opposition to Motion for Summary Judgment.

Should either party wish to extend the sealing of these documents, such a written request must be filed with the Court no sooner than one hundred eighty (180) days nor later than thirty (30) days prior to the expiration of this Order.

IT IS SO ORDERED.

Dated: May 1, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE