UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HEALTHSMART BENEFIT SOLUTIONS, INC.,

Plaintiff,

v.

INTERWEST INSURANCE SERVICES, INC.,

Defendant.

No. 2:16-cv-00144-MCE-AC

**ORDER GRANTING HEALTHSMART BENEFIT SOLUTIONS, INC.'S REQUEST TO SEAL**

Having reviewed Plaintiff HealthSmart Benefit Solutions, Inc.'s Notice of Request to Seal Documents, Request to Seal Documents and the proposed sealed documents, and GOOD CAUSE appearing therefore, the Request to Seal Documents is hereby GRANTED in part. The following documents SHALL BE SEALED for the duration of this litigation or for two years from the date of electronic filing of this order, whichever occurs first:

(1) HealthSmart's Response to Interwest's Objections to HealthSmart's Summary Judgment Evidence together with Exhibit A (Declaration of Susan Page White Support and Exhibit 1); and

(2) HealthSmart's Motion for Leave to File Surreply in Opposition to Interwest's Motion for Summary Judgment together with Exhibits 1 and A.

Should either party wish to extend the sealing of these documents, such a written request

must be made to the Court no sooner than one hundred eighty (180) days and not later than thirty (30) days prior to expiration of this Order.  Plaintiff's request to seal its [Proposed] Order Granting HealthSmart's Motion for Leave to File Surreply in Opposition to InterWest's Motion for Summary Judgment is DENIED without prejudice.

    IT IS SO ORDERED.

Dated:  May 15, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE