1 Steven M. Shewry (SBN 106333)
steve@shewrysaldanalaw.com
2 SHEWRY & SALDAÑA, LLP
3 402 West Broadway, Suite 950
San Diego, CA 92101
4 Telephone: (619) 233-8824
5 Facsimile: (619) 233-1002

6
Attorneys for Defendant, INTERWEST
7 INSURANCE SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHSMART BENEFIT SOLUTIONS, INC., an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERWEST INSURANCE SERVICES, INC., a Florida corporation, and DOES 1 through 10,<br><br>Defendants. | Case No. 2:16-CV-00144-MCE-AC<br><br>**ORDER DENYING DEFENDANT INTERWEST INSURANCE SERVICES' REQUEST TO SEAL DOCUMENTS (U.S.D.C E.D. LOCAL RULE 141)**<br><br>Judge: Morrison C. England, Jr.<br>Dept.: Courtroom 7<br><br>Complaint Filed: January 22, 2016<br>Trial Date: None Set |
| INTERWEST INSURANCE SERVICES, INC., a Florida corporation,<br><br>Third-Party Complainant,<br><br>v.<br><br>WELLS FARGO INSURANCE SERVICES USA, INC., a North Carolina corporation; BROWN & RIDING INSURANCE SERVICES, INC., a Florida corporation,<br><br>Third-Party Defendants. | |

After review and consideration of Defendant INTERWEST INSURANCE SERVICES, INC.'s ("InterWest") Request to Seal Documents as well as the proposed sealed documents, it is hereby ordered that the Request to Seal is DENIED. Nothing in Defendant Interwest Insurance Services, Inc.'s Request nor in its Objections to Evidence Submitted in Support of Healthsmart's Surreply Brief in Opposition to Interwest's Motion for Summary Judgment suggest that sealing of the document is necessary or appropriate. The request is therefore DENIED without prejudice.

IT IS SO ORDERED.

Dated: August 2, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE