Steven M. Shewry (SBN 106333)
steve@shewrysaldanalaw.com
SHEWRY & SALDAÑA, LLP
402 West Broadway, Suite 950
San Diego, CA 92101
Telephone: (619) 233-8824
Facsimile: (619) 233-1002

Attorneys for Defendant, INTERWEST
INSURANCE SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHSMART BENEFIT SOLUTIONS, INC., an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERWEST INSURANCE SERVICES, INC., a Florida corporation, and DOES 1 through 10,<br><br>Defendants. | Case No. 2:16-CV-00144-MCE-AC<br><br>**STIPULATION AND ORDER TO EXTEND ALL CASE MANAGEMENT DATES** |
| INTERWEST INSURANCE SERVICES, INC., a Florida corporation,<br><br>Third-Party Complainant,<br><br>v.<br><br>WELLS FARGO INSURANCE SERVICES USA, INC., a North Carolina corporation; BROWN & RIDING INSURANCE SERVICES, INC., a Florida corporation,<br><br>Third-Party Defendants. | |

WHEREAS, on January 10, 2017, INTERWEST INSURANCE SERVICES, INC. ("INTERWEST") filed a Third Party Complaint (Dkt. No. 22) adding WELLS FARGO INSURANCE SERVICES USA, INC. ("WELLS FARGO") and BROWN & RIDING INSURANCE SERVICES, INC. ("BROWN & RIDING") as Third-Party Defendants.

WHEREAS, on March 14, 2017, WELLS FARGO filed a Motion to Dismiss INTERWEST's Third Party Complaint (Dkt. No. 28), which Motion has been fully briefed and taken under submission by this honorable Court.

WHEREAS, on April 27, 2017, BROWN & RIDING filed its Answer to the Third Party Complaint (Dkt. No. 35).

WHEREAS, on February 12, 2018, WELLS FARGO filed a Motion to Dismiss HEALTHSMART's Complaint and INTERWEST's Third Party Complaint (Dkt. No. 57).

WHEREAS, on March 23, 2018, INTERWEST filed a Motion for Summary Judgment against HEALTHSMART BENEFIT SOLUTIONS, INC. ("HEALTHSMART").

WHEREAS, in order to allow all parties sufficient time to fully mediate resolution and to conduct discovery in preparation for trial if mediation is not ultimately successful, the parties believe that a 180 day continuance of the case management dates, ordered by this Court on March 22, 2018 (Dkt. No. 72), is both appropriate and necessary.

WHEREAS, this is the parties' sixth request for a continuance of the case management dates in this matter. This request is made in good faith, to avoid prejudicing all parties' reasonable and good faith attempts to resolve the case and complete necessary discovery, including percipient witness depositions in various states.

WHEREAS, all parties began serious negotiations to attempt to mediate a resolution of this case with mediator Bruce Friedman's on May 22, 2018. Said negotiations are continuing. The parties agree that this matter could potentially settle with Mr. Friedman's help.

All parties, through their attorneys of record, hereby jointly apply to the Court for a 180 day continuance based upon the following stipulation:

1. The parties consent to and agree that all case management dates ordered by the Court on March 22, 2018 (Dkt. No. 72) may be extended by 180 days.

2. The discovery cut-off, currently set for July 19, 2018, may be continued to January 15, 2019, and all related dates extended accordingly.

3. If the Court does not grant this continuance, the depositions of percipient witnesses may be taken on dates convenient for all parties and witnesses, even if the date is past the discovery cut-off date ordered by the Court.

IT IS SO STIPULATED.

Dated: August 8, 2018        GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Bob Bragalone*
(as authorized on July 23, 2018)
BOB BRAGALONE, ESQ.

Attorneys for Plaintiff,
HEALTHSMARTBENEFIT SOLUTIONS, INC.

Dated: August 8, 2018        SHEWRY & SALDAÑA, LLP

By: */s/ Steven M. Shewry*
STEVEN M. SHEWRY
CHRISTOPHER C. SALDAÑA
CAROLYN A. STIFFLER

Attorneys for Defendant,
INTERWEST INSURANCE SERVICES, INC.

| | | |
|---|---|---|
| 1  Dated: August 8, 2018 | | LOCKE LORD LLP |
| 2 | | |
| 3 | By: | */s/ Cary Economou* |
| 4 | | (as authorized on July 24, 2018) |
| 5 | | CARY ECONOMOU<br>JASON R. MARLIN |
| 6 | | Attorneys for Third Party Defendant, |
| 7 | | WELLS FARGO INSURANCE SERVICES USA, INC. |
| 8  Dated: August 8, 2018 | | GRAY DUFFY, LLP |
| 9 | | |
| 10 | By: | */s/ Michael Scott Eisenbaum* |
| 11 | | (as authorized on July 23, 2018)<br>MICHAEL SCOTT EISENBAUM |
| 12 | | Attorneys for Third Party Defendant, |
| 13 | | BROWN & RIDING INSURANCE SERVICES, INC. |

**ORDER**

On review of the parties' stipulation and finding good cause, and in order to facilitate mediation and possible settlement of the action, the Court orders as follows:

1. The discovery cut-off, previously set for July 19, 2018, is hereby extended by **ninety (90) days** to **October 17, 2018**, and all related case management dates are extended accordingly.

2. The parties are ORDERED to file a Joint Status Report not later than ten (10) days following the conclusion of mediation or October 17, 2018, whichever occurs first, updating the Court as to the status of possible settlement of this case.

3. Defendants' Motions to Dismiss, ECF Nos. 28 and 58, and the related Motion for Leave to file Surreply, ECF No. 71, as well as the pending Motion for Summary Judgement, ECF No. 75, are hereby VACATED. The parties are directed to RE-NOTICE those motions if at all not later than October 17, 2018 if mediation is unsuccessful. The Motions shall be re-noticed only (not re-filed), and no additional arguments will be entertained by the Court.

IT IS SO ORDERED.

Dated: August 8, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE