Steven M. Shewry (SBN 106333)
steve@shewrysaldanalaw.com
SHEWRY & SALDAÑA, LLP
402 West Broadway, Suite 950
San Diego, CA 92101
Telephone: (619) 233-8824
Facsimile: (619) 233-1002

Attorneys for Defendant, INTERWEST INSURANCE SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHSMART BENEFIT SOLUTIONS, INC., an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERWEST INSURANCE SERVICES, INC., a Florida corporation, and DOES 1 through 10,<br><br>Defendants. | Case No. 2:16-CV-00144-MCE-AC<br><br>**ORDER DENYING DEFENDANT INTERWEST INSURANCE SERVICES' REQUEST TO SEAL DOCUMENTS**<br><br>Date: May 3, 2018<br>Time: 2:00 p.m.<br>Judge: Morrison C. England, Jr.<br>Dept.: Courtroom 7<br><br>Complaint Filed: January 22, 2016<br>Trial Date: None Set |
| INTERWEST INSURANCE SERVICES, INC., a Florida corporation,<br><br>Third-Party Complainant,<br><br>v.<br><br>WELLS FARGO INSURANCE SERVICES USA, INC., a North Carolina corporation; BROWN & RIDING INSURANCE SERVICES, INC., a Florida corporation,<br><br>Third-Party Defendants. | |

In light of the Court's Order at ECF No. 105, Defendant INTERWEST INSURANCE SERVICES, INC.'s ("InterWest") Request to Seal Documents is DENIED without prejudice to refiling if mediation of this matter is unsuccessful, and not later than October 17, 2018, in accordance with the Court's previous Order.

IT IS SO ORDERED.

**Dated:  August 15, 2018**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER DENYING DEFENDANT INTERWEST INSURANCE SERVICES' REQUEST TO SEAL DOCUMENTS